

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00220-CV

| | | |
|---|---|---|
| PRO-HEALTH PODIATRY P.A., Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-D35847-23) |
| TARRANT COUNTY, CITY OF ARLINGTON, CITY OF GRAND PRAIRIE, ARLINGTON INDEPENDENT SCHOOL DISTRICT, TARRANT COUNTY COLLEGE DISTRICT, AND TARRANT COUNTY HOSPITAL DISTRICT, | § | August 22, 2024 |
| Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM